IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH WAYNE WOODSON, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:17-CV-2916-G (BT) |
| ) | |
| LORIE DAVIS, Director TDCJ-CID ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

March 27, 2018.

_____
A. JOE FISH
**Senior United States District Judge**